# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 13-cv-1519-WJM-KMT

KARLA LILIANA DIAZ QUEZADA,

    Petitioner,

v.

ELOY FABIAN CAMPOS SALAZAR and concerning the minor child MIA CAMPOS DIAZ,

    Respondent.

---

## ORDER SETTING HEARING AND REQUIRING PETITIONER AND RESPONDENT'S PHYSICAL PRESENCE AT HEARING

---

    Petitioner Karla Liliana Diaz-Quezada ("Petitioner") brings this Application for Return of Minor Child pursuant to The Convention on the Civil Aspects of International Child Abduction signed at The Hague, Netherlands on October 25, 1980 ("Hague Convention" or "Convention") against Eloy Fabian Campos Salzar ("Respondent"). (ECF No. 1.) Respondent has answered the Application and asserted defenses which make it apparent that an evidentiary hearing is necessary to resolve this action. (ECF Nos. 14 & 17.)

    Accordingly, the Court hereby ORDERS as follows:

1.    An evidentiary hearing on the merits of the Application is SET for **November 8, 2013 at 9:30 a.m.** in Courtroom A801 of the United States District Courthouse for the District of Colorado, 901 19th Street, Denver, Colorado 80294; and

2.  Petitioner Karla Liliana Diaz Quezada and Respondent Eloy Fabian Campos Salazar are ORDERED to appear IN PERSON at the hearing to offer their testimony on the issues raised by the Application and the Answer.

3.  If Petitioner is unable to secure a visitor's visa for the United States in time to appear in person at the November 8, 2013 hearing, the hearing will be converted to a status conference.

Dated this 28th day of August, 2013.

BY THE COURT:

William J. Martinez
United States District Judge