**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01519-WJM-KMT

KARLA LILIANA DIAZ QUEZADA,

    Petitioner,

v.

ELOY FABIAN CAMPOS SALZAR and concerning the minor child MIA CAMPOS DIAZ,

    Respondent.

---

FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case and the Order Dismissing Case Without Prejudice For Failure To Prosecute, entered by the Honorable William J. Martínez, United States District Judge, on February 7, 2014,

    IT IS ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Final Judgment is hereby entered in favor of Respondent Campos de Salazar, and against Diaz Quezada.

    IT IS FURTHER ORDERED that the case is closed. Each party shall bear his or her own costs.

    Dated at Denver, Colorado this ___13th___ day of February 2014.

                                     BY THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                                     By: s/ Edward P. Butler
                                     Edward P. Butler, Deputy Clerk